USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: July 14, 2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THATYANA PERALTA and YEAMIN ARAFAT,
Plaintiffs,

-against-

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,
Defendant.

26-CV-05763 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

This is an action under the Administrative Procedure Act seeking review of two United States Citizenship & Immigration Services' decisions dated January 22, 2026 and April 23, 2026, respectively.

It is hereby ORDERED that the parties promptly meet and confer and, on or before **August 21, 2026,** file a joint letter (1) briefly summarizing the nature of the dispute; (2) stating whether there is any need for discovery beyond the administrative record; and if there is no need for additional discovery, (3) proposing a joint briefing schedule for summary judgment motions. Absent exceptional circumstances, the deadline for any motions, cross motions, or counter motions for summary judgment should be the same for all parties.

If either party seeks discovery, then, in accordance with Rule II(A)(5) of the Individual Rules, the parties are hereby ORDERED to file on ECF a joint letter, as well as a proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to the joint letter, no later than **August 21, 2026**. The parties shall use this Court's form proposed Civil Case Management Plan and Scheduling Order, which is also available at https://nysd.uscourts.gov/hon-margaret-m-garnett. In the event either party seeks discovery, the Court will conduct an Initial Pretrial Conference before adopting a discovery schedule.

If this case has been settled or otherwise terminated, counsel are not required to submit such a letter or to appear, provided that a stipulation of discontinuance, voluntary dismissal or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event. In accordance with Rule I(B)(5) of the Individual Rules, requests for extensions or adjournments may be made only by letter-motion filed on ECF.

**Counsel who have entered a notice of appearance as of the issuance of this Order are directed (1) to notify counsel for all other parties in this action who have not yet appeared by serving upon each of them a copy of this Order and the Court's Individual Rules forthwith, and (2) to file proof of such notice with the Court.** Plaintiff's counsel can

email this order to the Chief of the Civil Division for the United States Attorney's Office for this District at Jeffrey.Oestericher@usdoj.gov.

**Note that service of this Order does not complete Plaintiff's obligation under the Federal Rules of Civil Procedure to serve the summons and complaint on Defendant. Plaintiffs are reminded to properly serve Defendant with the time prescribed by those rules.** *See Arafat v. U.S. Citizenship & Immigration Servs.*, No. 25-CV-08901, Dkt. No. 16 (S.D.N.Y. Dec. 18, 2025).

Dated: July 14, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge